**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

June 16, 2016

Chris Wolpert
Chief Deputy Clerk

Mr. Timothy J. Henry
Office of the Federal Public Defender
District of Kansas
301 North Main Street
850 Epic Center
Wichita, KS 67202

RE:     **14-3041, United States v. Nichols**
         Dist/Ag docket: 6:13-CR-10106-JTM-1

Dear Counsel:

Attached is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     James A. Brown
        Jason W. Hart

EAS/at